# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| TERON FRANKLIN,<br><br>　　　　　　　Plaintiff,<br>　v.<br>STATE OF NEVADA, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 3:17-cv-00569-MMD-VPC<br><br>ORDER |

Before the Court is Plaintiff's motion for copies of all documents filed in this case ("Motion for Copies") in order to appeal. (ECF No. 13.) The Court grants this motion in part and will send Plaintiff a copy of his Motions for Emergency Preliminary Injunction (ECF Nos. 5, 6), Complaint (ECF No. 8), and Motion for Reconsideration (ECF No. 10).

It is therefore ordered that Plaintiff's Motion for Copies (ECF No. 13) is granted in part.

It is further ordered that the Clerk of Court send Plaintiff copies of his Motions for Emergency Preliminary Injunction (ECF Nos. 5, 6), Complaint (ECF No. 8), and Motion for Reconsideration (ECF No. 10).

DATED THIS 18th day of April 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE